

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2022

No. 04-20-00139-CR

Tyler **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4661
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Liza A. Rodriguez, Justice

The appellant has filed a motion requesting an extension of time to file a motion for rehearing. The motion for extension of time is GRANTED. The appellant's motion for rehearing is due on or before **April 11, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court